**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE HENSEL,<br><br>        Peititoner,<br><br>  v.<br><br>MIKE EVANS,<br><br>        Respondent.<br>_____ | No. C 05-2411 MMC (PR)<br><br>**ORDER GRANTING REQUEST**<br>**FOR VOLUNTARY DISMISSAL** |

      On June 15, 2005, petitioner, a California prisoner proceeding pro se, filed the above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Following dismissal of the petition with leave to amend, petitioner filed an amended petition on November 15, 2005.  On May 11, 2006, the Court ordered respondent to show cause why the amended petition should not be granted, and on July 10, 2006, respondent filed an answer denying the amended petition.  On September 7, 2006, the Court granted petitioner's request for an extension of time, to and including September 28, 2006, in which to file a traverse.  No traverse was filed.  Rather, on September 11, 2006, respondent filed a letter, attaching thereto a letter received by respondent from petitioner, wherein petitioner appeared to be seeking a voluntary dismissal of the instant action.

      In light of said correspondence, the Court, on November 6, 2006, afforded plaintiff the opportunity to show cause why the Court should not dismiss the above-titled action pursuant

to Rule 41(a) of the Federal Rules of Civil Procedure.  On November 15, 2006, plaintiff filed a letter with the Court, by which plaintiff confirms he is requesting a voluntary dismissal of the case.

In light of the foregoing, plaintiff's request for a voluntary dismissal is hereby GRANTED and the above-titled action is hereby DISMISSED pursuant to Rule 41(a).

The Clerk shall close the file.

IT IS SO ORDERED.

DATED: November 27, 2006

_____
MAXINE M. CHESNEY
United States District Judge